**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1016**

KENNETH R. SMOOT,

Debtor - Appellant,

versus

LYNN LEWIS TAVENNER,

Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-05-423-RLW; BK-98-39531-DOT)

Submitted: May 18, 2006          Decided: May 30, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth R. Smoot, Appellant Pro Se.  Christopher Abram Jones, LECLAIR RYAN, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth R. Smoot appeals from the district court's order affirming the bankruptcy court's orders denying his motion to dismiss his bankruptcy case, approving the settlement of his legal malpractice claim, and dismissing his adversary proceeding. We have reviewed the record and the lower courts' decisions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smoot v. Tavenner, Nos. CA-05-423-RLW; BK-98-39531-DOT (E.D. Va. Nov. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED